<pre>
CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff ORLANDO GARCIA
</pre>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, <br><br> Plaintiff, <br><br> v. <br><br> ALFRED E. SMITH SR., in individual and representative capacity as Trustee of The Survivor's Trust created under the Smith Trust dated September 6, 1995; MOISES M. ZEPEDA; and Does 1-10, <br><br> Defendants. | Case No.: 2:21-CV-00252-DSF-PVC <br><br> **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: February 12, 2021         By: /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff