CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALFRED E. SMITH SR., in individual and representative capacity as Trustee of The Survivor's Trust created under the Smith Trust dated September 6, 1995; MOISES M. ZEPEDA; and Does 1-10,<br><br>  Defendants. | **Case:** 2:21-CV-00252-DSF-PVC<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff Orlando Garcia, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Alfred E. Smith Sr., in individual and representative capacity as Trustee of The Survivor's Trust created under the Smith Trust dated September 6, 1995 and Moises M. Zepeda, have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court

Dated: February 26, 2021         CENTER FOR DISABILITY ACCESS
                                 By:   /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff